# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**FILED**
**MARCH 6, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 1349**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

BRADFORD WHITE
v.
COUNTY OF COOK ET AL

Case Number:

**JUDGE SHADUR**
**MAGISTRATE JUDGE SCHENKIER**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BRADFORD WHITE

| | |
|---|---|
| NAME (Type or print) | MICHAEL E. REDIGER |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ M.E. Rediger |
| FIRM | LAW OFFICE MICHAEL REDIGER, P.C. |
| STREET ADDRESS | 217 N. JEFFERSON |
| CITY/STATE/ZIP | CHICAGO, IL 60661 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6225900 |
| TELEPHONE NUMBER | 312.644.0939 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL [ ] APPOINTED COUNSEL [ ] |