**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:
BRADFORD WHITE
v.
COUNTY OF COOK ET AL

**FILED**
**MARCH 6, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 1349**

**JUDGE SHADUR**
**MAGISTRATE JUDGE SCHENKIER**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
BRADFORD WHITE

| | |
|---|---|
| NAME (Type or print) | JERRY D. BISCHOFF |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ JERRY D. BISCHOFF |
| FIRM | JERRY D. BISCHOFF ATTORNEY AT LAW |
| STREET ADDRESS | 35 E. WACKER DRIVE, STE 650 |
| CITY/STATE/ZIP | CHICAGO, ILLINOIS 60601 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6097011 | TELEPHONE NUMBER 312.853.2167 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐  APPOINTED COUNSEL ☐ | |