UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRADFORD WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1349 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Milton Shadur |
| COUNTY OF COOK, a municipal corporation, | ) | |
| THOMAS DART, in his official | ) | |
| Capacity as the Sheriff of Cook | ) | |
| County Illinois, Deputy Cook county sheriff, | ) | |
| SALVADOR GODINEZ, in his Official Capacity | ) | |
| As the Director of the Cook County Jail, | ) | |
| DAVID FAGUS, in his Official Capacity as | ) | |
| Director of Cermak Health Services, | ) | |
| SERGIO RODRIGUEZ, in his Official Capacity | ) | |
| As Medical Director of Cermak Health Services, | ) | |
| MANNY, an employee of Thomas | ) | |
| Dart, Sheriff of Cook County, Illinois, | ) | |
| In his Official and individual capacities, | ) | |
| Deputy Cook county Sheriff HODGES, | ) | |
| An employee of Thomas Dart, Sheriff of Cook | ) | |
| County, JACQUELINE JACK, a clinical nurse | ) | |
| Employed at the RTU/Medical of the | ) | |
| Cook county Jail in her individual and | ) | |
| Official capacity, Nurse HILLIARD, a | ) | |
| Clinical nurse employed at the RTU/Medical of the | ) | |
| Cook county Jail in her individual and | ) | |
| Official capacity, Nurse WATSON, a | ) | |
| Clinical nurse employed at the RTU/Medical of the | ) | |
| Cook County Jail in her individual and | ) | |
| Official capacity, Nurse GARBO, a clinical nurse | ) | |
| Employed at the RTU/Medical of the Cook County | ) | |
| Jail and other unknown members | ) | |
| Of the Cook County Jail medical unit, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>AGREED</u>**
**<u>MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR</u>**
**<u>OTHERWISE PLEAD</u>**.

NOW COME the Defendants, Cook County, Thomas Dart, Salvador Godinez, David Fagus, Officer Hodges, and Officer Manney through their attorney Richard A. Devine, through his assistant, Michael A. Kuczwara Jr., and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (FRCP), state as follows:

1. That based upon information and belief, the undersigned spoke with Plaintiff's counsel who agreed to the motion for enlargement of time to answer or otherwise plead.

2. That undersigned has ordered all records that may be related to Plaintiff's federal claims and needs time to review the documents and speak with the Defendants in this case.

3. That undersigned counsel is not being dilatory in bringing this motion, and that said motion is brought in good faith.

WHEREFORE, the Defendants request that this Honorable Court grant the following relief:

a. That this Honorable Court grant an enlargement of time, up to and including June 13, 2008, for Defendants to file an Answer or otherwise plead;

b. And to grant any other relief it deems necessary and just.

>Respectfully submitted,
>RICHARD A. DEVINE
>State's Attorney of Cook County
>
>By: /s/ Michael A. Kuczwara Jr.
>Michael A. Kuczwara Jr.
>Assistant States Attorney
>500 Richard J. Daley Center
>Chicago, IL 60602
>(312) 603-3233