UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRADFORD WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1349 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Milton Shadur |
| COUNTY OF COOK, a municipal corporation, | ) | |
| THOMAS DART, in his official | ) | |
| Capacity as the Sheriff of Cook | ) | |
| County Illinois, Deputy Cook county sheriff, | ) | |
| SALVADOR GODINEZ, in his Official Capacity | ) | |
| As the Director of the Cook County Jail, | ) | |
| DAVID FAGUS, in his Official Capacity as | ) | |
| Director of Cermak Health Services, | ) | |
| SERGIO RODRIGUEZ, in his Official Capacity | ) | |
| As Medical Director of Cermak Health Services, | ) | |
| MANNY, an employee of Thomas | ) | |
| Dart, Sheriff of Cook County, Illinois, | ) | |
| In his Official and individual capacities, | ) | |
| Deputy Cook county Sheriff HODGES, | ) | |
| An employee of Thomas Dart, Sheriff of Cook | ) | |
| County, JACQUELINE JACK, a clinical nurse | ) | |
| Employed at the RTU/Medical of the | ) | |
| Cook county Jail in her individual and | ) | |
| Official capacity, Nurse HILLIARD, a | ) | |
| Clinical nurse employed at the RTU/Medical of the | ) | |
| Cook county Jail in her individual and | ) | |
| Official capacity, Nurse WATSON, a | ) | |
| Clinical nurse employed at the RTU/Medical of the | ) | |
| Cook County Jail in her individual and | ) | |
| Official capacity, Nurse GARBO, a clinical nurse | ) | |
| Employed at the RTU/Medical of the Cook County | ) | |
| Jail and other unknown members | ) | |
| Of the Cook County Jail medical unit, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**   Michael Edward Rediger
Law Office of Michael E. Rediger
217 North Jefferson
Suite 602
Chicago, IL 60661

Law Office of Jerry Bischoff
35 East Wacker Drive
Suite 650
Chicago, IL 60601

PLEASE TAKE NOTICE that on May 14, 2008 at 9:15 a.m., I shall appear before the Honorable Milton I. Shadur in the courtroom usually occupied by her, Room 2303 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached Agreed Motion For Enlargement of Time.

Respectfully Submitted,
RICHARD A. DEVINE
State's Attorney of Cook County

By:  *S/ Michael A. Kuczwara Jr.*
Michael A. Kuczwara Jr.
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL  60602
(312) 603-3233

## CERTIFICATE OF SERVICE

I, Michael A. Kuczwara Jr., Assistant State's Attorney, certify that I served this notice by mailing a copy to the above named persons at the above address by depositing a copy of same in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m. on May 9, 2008.

*S/ Michael A. Kuczwara Jr.*
Michael A. Kuczwara Jr.