# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Bradford White

                              Plaintiff,

v.                                        Case No.: 1:08–cv–01349
                                          Honorable Milton I. Shadur

County of Cook, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 14, 2008:

        MINUTE entry before Judge Honorable Milton I. Shadur:Motion for extension of time to answer [11] is granted; Motion hearing held on 5/14/2008. Defendants' answer is to be filed on or before June 13, 2008. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.