UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of | Case |
|---|---|
| BRADFORD WHITE,<br>              Plaintiff,<br>v.<br>COUNTY OF COOK, et al.<br>              Defendants. | No.   08 C 1349<br><br>Judge Milton Shadur<br><br>Magistrate Judge Schenkier |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**THOMAS J. DART, in his Official Capacity as Sheriff of Cook County, SALVADOR GODINEZ, in his Official Capacity as the Director of the Cook County Jail, OFFICER MANNEY and OFFICER HODGES**

| SIGNATURE<br><br>s/Daniel F. Gallagher |
|---|
| **FIRM**<br><br>Querrey & Harrow, Ltd. |
| **STREET ADDRESS**<br><br>175 West Jackson Boulevard, Suite 1600 |
| **CITY/STATE/ZIP**<br><br>Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>0905305 | TELEPHONE NUMBER<br>312/540-7000 |
|---|---|

| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES  X         NO** |
|---|
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES            NO  X** |
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES  X         NO** |
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?**<br>**YES X       NO** |
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.**<br><br>**RETAINED COUNSEL                          APPOINTED COUNSEL** |