# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of: Bradford White

v.                                          Case Number:        08 C 1349

Thomas Dart et al.

Judge:        Milton I. Shadur

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jacqueline Jack, Nurse Hillard, Nurse Watson, and Nurse Garbo

SIGNATURE  /s/ Michael A. Kuczwara Jr. ARDC# 6281924

FIRM  COOK COUNTY STATE'S ATTORNEY'S OFFICE

STREET ADDRESS  RICHARD J. DALEY CENTER, 50 W. WASHINGTON ST, Room 500

CITY/STATE/ZIP  CHICAGO, IL 60602

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| # 6281924 | (312) 603-3233 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?                    YES            NO ☒

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?        YES ☐        NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?            YES ☒        NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?        YES ☒    NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐