UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRADFORD WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1349 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Milton Shadur |
| COUNTY OF COOK, a municipal corporation, | ) | |
| THOMAS DART, in his official | ) | |
| Capacity as the Sheriff of Cook | ) | |
| County Illinois, Deputy Cook county sheriff, | ) | |
| SALVADOR GODINEZ, in his Official Capacity | ) | |
| As the Director of the Cook County Jail, | ) | |
| DAVID FAGUS, in his Official Capacity as | ) | |
| Director of Cermak Health Services, | ) | |
| SERGIO RODRIGUEZ, in his Official Capacity | ) | |
| As Medical Director of Cermak Health Services, | ) | |
| MANNY, an employee of Thomas | ) | |
| Dart, Sheriff of Cook County, Illinois, | ) | |
| In his Official and individual capacities, | ) | |
| Deputy Cook county Sheriff HODGES, | ) | |
| An employee of Thomas Dart, Sheriff of Cook | ) | |
| County, JACQUELINE JACK, a clinical nurse | ) | |
| Employed at the RTU/Medical of the | ) | |
| Cook county Jail in her individual and | ) | |
| Official capacity, Nurse HILLIARD, a | ) | |
| Clinical nurse employed at the RTU/Medical of the | ) | |
| Cook county Jail in her individual and | ) | |
| Official capacity, Nurse WATSON, a | ) | |
| Clinical nurse employed at the RTU/Medical of the | ) | |
| Cook County Jail in her individual and | ) | |
| Official capacity, Nurse GARBO, a clinical nurse | ) | |
| Employed at the RTU/Medical of the Cook County | ) | |
| Jail and other unknown members | ) | |
| Of the Cook County Jail medical unit, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To: Michael Edward Rediger  
Law Office of Michael E. Rediger  
217 North Jefferson  
Suite 602  
Chicago, IL 60661

Daniel F. Gallagher  
Querrey & Harrow, Ltd.  
175 West Jackson Blvd.  
Suite 1600  
Chicago, IL 60604

Law Office of Jerry Bischoff  
35 East Wacker Drive  
Suite 650  
Chicago, IL 60601

PLEASE TAKE NOTICE that on the June 13, 2008, I caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, the attached Defendants' Answer, Affirmative Defenses, and Jury Demand.

.

Respectfully Submitted,  
RICHARD A. DEVINE  
State's Attorney of Cook County

By: /s/Michael A. Kuczwara Jr.  
Michael A. Kuczwara Jr.  
500 Richard J. Daley Center  
Chicago, Illinois 60602  
(312) 603-3233

## CERTIFICATE OF SERVICE

I, Michael A. Kuczwara Jr., Assistant State's Attorney, certify that I served this notice by via the CM/ECF system in accordance with Local Rule 5.9 of the Northern District of Illinois on June 13, 2008.

/s/Michael A. Kuczwara Jr.  
Michael A. Kuczwara Jr.