50696-DFG/POG

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BRADFORD WHITE, ) | |
| ) | No. 08 C 1349 |
| Plaintiff, ) | |
| ) | Judge Milton Shadur |
| vs. ) | |
| ) | Magistrate Judge Shenkier |
| COUNTY OF COOK, et al., ) | |
| Defendants. ) | |

## NOTICE OF FILING

To: All Counsel of Record
    (See Attached Service List)

PLEASE TAKE NOTICE THAT on June 27, 2008 we shall file electronically with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, **Defendants' Amended Answer to Plaintiff's Complaint, Affirmative Defenses and Jury Demand.**

        Defendants, Thomas Dart, Sheriff of Cook County,
        Director Salvador Godinez, Officer Manney,
        and Officer Hodges

    By:    s/Daniel F. Gallagher
              Daniel F. Gallagher
              Querrey & Harrow, Ltd.
              175 West Jackson Blvd., Suite 1600
              Chicago, IL  60604-2827
              (312) 540-7000
              I.D. #0905305

## PROOF OF SERVICE

I, Daniel F. Gallagher, after being first duly sworn on oath, depose and state that I served this Notice of Filing together with the document(s) herein referred to the above-named attorney(s) pursuant to ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on June 27, 2008.

[x]    Under penalties as provided by law pursuant
       to ILL. REV. STAT CHAP. 110, SEC. 1-109,
       I certify that the statements set forth herein
       are true and correct.

                                                             s/Daniel F. Gallagher

White v. County of Cook, et al.
Case No: 08 C 1349
Our File No: 69980-DFG

## SERVICE LIST

Michael E. Rediger
Law Office of Michael E. Rediger
217 North Jefferson
Suite 602
Chicago, IL  60661
Tel:  312/644-0939

Jerry D. Bischoff
Law Office of Jerry Bischoff
35 East Wacker Drive
Suite 650
Chicago, IL  60601
Tel:  312/853-2167

*Attorneys for Plaintiff*


Michael A. Kuczwara, Jr.
Assistant State's Attorney
Office of the Cook County State's Attorney
500 Richard J. Daley Center
Chicago, IL  60602
Tel:  312/603-3233
*Attorney for Defendants, County of Cook,
   and David Fagus*