IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRADFORD WHITE,<br><br>             Plaintiff,<br><br>      vs.<br><br>COUNTY OF COOK, a municipal corporation,<br>THOMAS DART, in his official<br>Capacity as the Sheriff of Cook<br>County Illinois, Deputy Cook County Sheriff,<br>SALVADOR GODINEZ, in his Official Capacity<br>As the Director of the Cook County Jail,<br>DAVID FAGUS, in his Official Capacity as<br>Director of Cermak Health Services,<br>Sergio Rodriguez, in his Official Capacity<br>As Medical Director of Cermak Health Services,<br>MANNY, an employee of Thomas<br>Dart, Sheriff of Cook County, Illinois,<br>In his Official and individual capacities,<br>Deputy Cook County Sheriff HODGES,<br>An employee of Thomas Dart, Sheriff of Cook<br>County, JACQUELINE JACK, a clinical nurse<br>employed at the RTU/Medical of the<br>Cook County Jail in her individual and<br>official capacity, Nurse HILLIARD, a<br>clinical nurse employed at the RTU/Medical of the<br>Cook County Jail in her individual and<br>official capacity, Nurse WATSON, a<br>clinical nurse employed at the RTU/Medical of the<br>Cook County Jail in her individual and<br>official capacity, Nurse GARBO, a clinical nurse<br>employed at the RTU/Medical of the Cook County<br>Jail and other unknown members<br>of the Cook County Jail medical unit.<br><br>             Defendants. | No.   08 C 1349<br><br>Judge Milton Shadur<br><br>Magistrate Judge Schenkier |

## AGREED MOTION FOR A PROTECTIVE ORDER

NOW COME DEFENDANTS, THOMAS DART, Sheriff of Cook County, Director Salvador Godinez, Correctional Officer Manney, improperly sued as "Deputy Cook County Sheriff MANNY", and Correctional Officer Hodges, improperly sued as "Deputy Cook County Sheriff HODGES", referenced at times as the "Sheriff Defendants," by and through their attorneys, QUERREY & HARROW, Ltd., appointed as Special State's Attorney, in agreement with plaintiff, moves this Court to enter a Protective Order. In support, the parties state as follows:

1. On March 6, 2008, Plaintiff filed his amended complaint alleging various civil rights claims against the Defendants, claiming that he was denied medical care at the Cook County Jail.

2. As a result of the alleged harm, Plaintiff's medical records will be needed to litigate this matter. Specifically, Plaintiff claims that the injuries, including intra-cranial bleeding, were the result of the denial of medical care by the defendants

3. The treating physicians, hospitals and other health care providers that will be disclosed in this case would all be covered entities as defined by 45 CFR § 160.103. HIPAA prohibits covered entities from disclosing protected health information in judicial proceedings other than by authorization or qualified protective order. 45 CFR § 164.512(e).

4. The covered entities are in possession of "protected health information" ("PHI") as defined by 45 CFR §§ 160.103 and 164.501, in the form of medical records (imaging, test results, notes, orders, labs, correspondence, pathology, etc.) pertaining to Plaintiff.

5. As a result, the parties to this lawsuit previously discussed the agreed motion for a protective order.

6. The prosecution and defense of this case will require that the parties, their attorneys, their attorneys' agents, consultants, various witnesses, and other personnel receive and review copies of the discovery containing said information.

7. Counsel for the Sheriff has conferred with counsel to draft the proposed protective order.

8. A copy of the proposed Protective Order is attached hereto as Exhibit A.

WHEREFORE, for the foregoing reasons, Defendants, THOMAS DART, Sheriff of Cook County, Director Salvador Godinez, Correctional Officer Manney, improperly sued as "Deputy Cook County Sheriff MANNY", and Correctional Officer Hodges, improperly sued as "Deputy Cook County Sheriff HODGES", in agreement with plaintiff BRADFORD WHITE, respectfully requests this Court enter the proposed expanded protective order.

Respectfully submitted,

DEFENDANTS, THOMAS DART, Sheriff of Cook County, Director Salvador Godinez, Correctional Officer Manney, improperly sued as "Deputy Cook County Sheriff MANNY", and Correctional Officer Hodges, improperly sued as "Deputy Cook County Sheriff HODGES."

By: /s/ Daniel F. Gallagher
One of his attorneys

Daniel F. Gallagher, Esq.
Larry Kowalczyk, Esq.
Dominick L. Lanzito, Esq.
QUERREY & HARROW, LTD.
175 West Jackson, Suite 1600
Chicago, Illinois 60604
Phone: 312/540-7000
Fax:    312/540-0578

Document #: 1350358