50696-DFG/POG

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| BRADFORD WHITE, | ) | |
| | ) | No. 08 C 1349 |
| Plaintiff, | ) | |
| | ) | Judge Milton Shadur |
| vs. | ) | |
| | ) | Magistrate Judge Shenkier |
| COUNTY OF COOK, et al., | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To: All Counsel of Record
(See Attached Service List)

On **August 21, 2008 at 9:15 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Milton Shadur or any Judge sitting in his stead, in Room 2303 or the courtroom usually occupied by him in the US District Courthouse, Northern District of Illinois, Eastern Division at Chicago, 219 South Dearborn Street, Chicago, Illinois, and shall then and there move the Court in accordance with the attached **Defendants' Agreed Motion for a Protective Order.**

| | |
|---|---|
| Name | QUERREY & HARROW, LTD. |
| Attorney for defendants | Thomas Dart, Sheriff of Cook County, Director Salvador Godinez, Correctional Officer Manney, improperly sued as "Deputy Cook County Sheriff MANYY", and Correctional Officer Hodges, Improperly sued as "Deputy Cook County Sheriff HODGES" |
| Address | 175 W. JACKSON BLVD., Suite 1600 |
| City | Chicago, Illinois 60604 |
| Telephone | (312) 540-7000 |

## PROOF OF SERVICE

I, Daniel F. Gallagher, after being first duly sworn on oath, depose and state that I served this Notice of Filing together with the document(s) herein referred to the above-named attorney(s) pursuant to ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on August 15, 2008.

[x] Under penalties as provided by law pursuant
to ILL. REV. STAT CHAP. 110, SEC. 1-109,
I certify that the statements set forth herein
are true and correct.

s/Daniel F. Gallagher

White v. County of Cook, et al.
Case No: 08 C 1349
Our File No: 69980-DFG

## SERVICE LIST

Michael E. Rediger
Law Office of Michael E. Rediger
217 North Jefferson
Suite 602
Chicago, IL 60661
Tel: 312/644-0939

Jerry D. Bischoff
Law Office of Jerry Bischoff
35 East Wacker Drive
Suite 650
Chicago, IL 60601
Tel: 312/853-2167

*Attorneys for Plaintiff*


Michael A. Kuczwara, Jr.
Assistant State's Attorney
Office of the Cook County State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
Tel: 312/603-3233
*Attorney for Defendants, County of Cook,
　and David Fagus*