## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1349 | **DATE** | 8/20/2008 |
| **CASE TITLE** | Bradford White vs. County of Cook | | |

**DOCKET ENTRY TEXT**

Enter Protective Order. Defendants' agreed motion for a protective order is granted. (33-1)

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | SN |
|---|---|---|---|